IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN HUGO EICKHOFF, JR., ) <br> RHONDA KAY EICKHOFF, ) <br> HOFFMAN ASSOCIATES, LLC, ) <br> ARIC ELLIOT SCHREINER, ) <br> COLUMBIA CPA GROUP LLC, ) <br> JOHN WILLIAM GRAY II, and ) <br> DAMON THOMAS EISMA, individually ) <br> and d/b/a DAMON T. EISMA ) <br> ATTORNEY AT LAW, ) <br> ) <br> Defendants. ) | Case No.: 2:22-cv-04027-MDH |

**DEFENDANT RHONDA EICKHOFF'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Rhonda K. Eickhoff ("Eickhoff"), by and through her undersigned counsel, respectfully submits her Answer and Affirmative Defenses to Plaintiff United States of America's ("Plaintiff") Amended Complaint ("Complaint").

**ANSWER**

1. Denied.

2. Denied.

3. Paragraph 3 states a legal conclusion to which no response is required. To the extent a response is required, denied.

4. Paragraph 4 states a legal conclusion to which no response is required. To the extent a response is required, denied.

1

5. Paragraph 5 states a legal conclusion to which no response is required. To the extent a response is required, denied.

## Authorization

6. Paragraph 6 states a legal conclusion to which no response is required. To the extent a response is required, denied.

## Jurisdiction and Venue

7. Paragraph 7 states a legal conclusion to which no response is required. To the extent a response is required, denied.

8. Paragraph 8 states a legal conclusion to which no response is required. To the extent a response is required, denied.

## The Parties

9. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 9.

10. Eickhoff admits the following in Paragraph 10: she is licensed to sell insurance in Missouri; she has no formal education or training in taxation, estate planning, accounting, or trusts; and she resides in Boone County. The remainder of the allegations in Paragraph 10 are denied.

11. Eickhoff admits the following in Paragraph 11: Hoffman Associates, LLC ("Hoffman"), is a limited liability company organized under the laws of the State of Missouri. The remainder of the allegations in Paragraph 11 are denied.

12. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 12.

13. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 13.

14. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 14.

15. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 15.

Background

16. Paragraph 16 states a legal conclusion to which no response is required. To the extent a response is required, denied.

17. Paragraph 17 states a legal conclusion to which no response is required. To the extent a response is required, denied.

18. Paragraph 18 states a legal conclusion to which no response is required. To the extent a response is required, denied.

19. Paragraph19 states a legal conclusion to which no response is required. To the extent a response is required, denied.

20. Paragraph 20 states a legal conclusion to which no response is required. To the extent a response is required, denied.

21. Paragraph 21 states a legal conclusion to which no response is required. To the extent a response is required, denied.

22. Paragraph 22 states a legal conclusion to which no response is required. To the extent a response is required, denied.

23. Paragraph 23 states a legal conclusion to which no response is required. To the extent a response is required, denied.

## Defendants' Abusive Tax Scheme

24. Denied.

25. Denied.

26. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 26.

27. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 27.

28. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 28.

29. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 29.

30. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 30.

31. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 31.

32. Eickhoff admits she assisted in the purchase of single-payment insurance annuity ("SPIA") contracts on behalf of customers. The remainder of the allegations in Paragraph 32 are denied.

33. Paragraph 33 states a legal conclusion to which no response is required. To the extent a response is required, denied.

34. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 34.

35. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 35.

36. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 36.

37. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 37.

38. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 38.

39. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 39.

<u>Defendants Improperly Overstate the Basis in CRAT Property</u>

40. Paragraph 40 states a legal conclusion to which no response is required. To the extent a response is required, denied.

41. Paragraph 41 states a legal conclusion to which no response is required. To the extent a response is required, denied.

42. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 42.

43. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 42.

44. Denied.

45. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 45.

<u>Defendants Improperly Characterize CRAT Distributions</u>

5

Case 2:22-cv-04027-MDH   Document 42   Filed 07/11/22   Page 5 of 20

46. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 46.

47. Paragraph 47 states a legal conclusion to which no response is required. To the extent a response is required, denied.

48. Paragraph 48 states a legal conclusion to which no response is required. To the extent a response is required, denied.

49. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 49.

Defendants' False or Fraudulent Statements about the Hoffman CRAT Scheme

50. Denied.

51. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 51.

Defendant John Eickhoff's Participation in the Abusive Tax Scheme

52. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 52.

53. Eickhoff admits that John Eickhoff drafted the advertisements for Hoffman. The remainder of the allegations in Paragraph 53 are denied.

54. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 54.

55. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 55.

56. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 56.

57. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 57.

58. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 58.

59. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 59.

60. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 60.

61. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 61.

<u>Defendant Rhonda Eickhoff's Participation in the Abusive Tax Scheme</u>

62. Denied.

63. Eickhoff admits that, in the course and scope of her former position at Hoffman, she arranged for the placement of advertisements and made payments on behalf of Hoffman. The remainder of the allegations in Paragraph 63 are denied.

64. Denied.

65. Eickhoff admits that she assisted in the purchase of SPIA contracts on behalf of customers. The remainder of the allegations in Paragraph 65 are denied.

66. Eickhoff admits that, in the course and scope of her former position at Hoffman, she arranged for the placement of advertisements and made payments on behalf of Hoffman. The remainder of the allegations in Paragraph 66 are denied.

67. Denied.

Defendants Aric Schreiner's and Columbia CPA Group's Participation in the Abusive Tax Scheme

68. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 68.

69. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 69.

70. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 70.

71. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 71.

72. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 72.

73. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 73.

74. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 74.

75. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 75.

76. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 76.

77. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 77.

78. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 78.

79. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 79.

80. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 80.

81. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 81.

82. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 82.

83. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 83.

84. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 84.

85. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 85.

86. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 86.

87. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 87.

88. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 88.

89. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 89.

### Defendant John William Gray's Participation in the Abusive Tax Scheme

90. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 90.

91. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 91.

92. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 92.

93. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 93.

94. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 94.

95. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 95.

96. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 96.

97. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 97.

98. Denied.

99. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 99.

### Defendant Damon Eisma's Participation in the Abusive Tax Scheme

100. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 100.

101. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 101.

102. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 102.

103. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 103.

104. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 104.

105. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 105.

106. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 106.

107. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 107.

108. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 108.

109. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 109.

110. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 110.

111. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 111.

112. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 112.

113. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 113.

114. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 114.

115. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 115.

116. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 116.

117. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 117.

118. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 118.

119. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 119.

120. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 120.

Hoffman CRAT Scheme Customer Examples

121. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 121.

122. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 122.

123. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 123.

124. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 124.

125. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 125.

126. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 126.

127. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 127.

128. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 128.

129. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 129.

130. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 130.

131. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 131.

132. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 132.

133. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 133.

134. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 134.

135. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 135.

136. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 136.

137. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 137.

138. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 138.

139. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 139.

140. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 140.

141. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 141.

142. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 142.

143. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 143.

144. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 144.

145. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 145.

146. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 146.

147. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 147.

148. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 148.

149. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 149.

150. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 150.

151. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 151.

152. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 152.

153. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 153.

154. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 154.

155. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 155.

### Estimated Harm Caused by Defendants' Abusive Tax Scheme

156. Denied.

157. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 157.

158. Denied.

159. Denied.

160. Denied.

161. Eickhoff lacks knowledge or information sufficient to form a belief about the truth of an allegation and, therefore, denies Paragraph 161.

162. Denied.

## COUNT I

### Injunction against All Defendants under 26 U.S.C. §7408

163. Eickhoff incorporates by reference her answers to the allegations in paragraphs 1 through 162 as if set forth herein.

164. Paragraph 164 states a legal conclusion to which no response is required. To the extent a response is required, denied.

165. Paragraph 164 states a legal conclusion to which no response is required. To the extent a response is required, denied.

166. Paragraph 166 states a legal conclusion to which no response is required. To the extent a response is required, denied.

167. Paragraph 167 states a legal conclusion to which no response is required. To the extent a response is required, denied.

168. Denied.

169. Denied.

170. Denied.

171. Denied.

172. Denied.

173. Paragraph 173 states a legal conclusion to which no response is required. To the extent a response is required, denied.

174. Paragraph 174 states a legal conclusion to which no response is required. To the extent a response is required, denied.

## COUNT II

Injunction against Schreiner Defendants under 26 U.S.C. § 7407

175-185. Eickhoff makes no answer or response to Count II, as it does not state a cause of action against or seek relief from her. To the extent any of the allegations in Count II are construed as seeking to state a cause of action against or seek relief from Eickhoff, such allegations are denied.

## COUNT III

Injunction against Defendants under 26 U.S.C. § 7402

186. Eickhoff incorporates by reference her answers to the allegations in paragraphs 1 through 162 as if set forth herein.

187. Paragraph 187 states a legal conclusion to which no response is required. To the extent a response is required, denied.

188. Denied.

189. Denied.

190. Denied.

191. Denied.

192. Paragraph 192 states a legal conclusion to which no response is required. To the extent a response is required, denied.

193. Paragraph 193 states a legal conclusion to which no response is required. To the extent a response is required, denied.

## COUNT IV

### Disgorgement under 26 U.S.C. § 7402 against all Defendants

194-198. Eickhoff incorporates by reference her Motion to Dismiss Count IV as if set forth herein.

### Relief Sought

In response to the "Relief Sought" contained in the unnumbered paragraph following paragraph 198 of the Complaint, Eickhoff denies Plaintiff is entitled to any relief in this action and deny all liability and allegations of misconduct alleged in the "Relief Sought."

### AFFIRMATIVE DEFENSES

Eickhoff, in further answer to and for her affirmative defenses to the Complaint, states as follows:

1. All allegations of fact and conclusions of law in the Complaint not specifically admitted here are denied.

18

Case 2:22-cv-04027-MDH   Document 42   Filed 07/11/22   Page 18 of 20

2. Eickhoff reserves the right to amend her Answer and Affirmative Defenses and add any defense that may become available or appear during discovery proceedings or otherwise in this case.

3. The Complaint fails to state a claim upon which relief can be granted against Eickhoff, as none of the allegations constitute a violation of 26 U.S.C. §§6700, 7402, and 7408.

4. Plaintiff's claims are barred by the applicable statute of limitations.

5. Plaintiff's claims are barred because Eickhoff's actions were at all times justified and proper under applicable law.

6. Plaintiff's claims for relief seeking disgorgement violate the Excessive Fines Clause of the Eighth Amendment of the United States Constitution.

7. Plaintiff's claims for relief are barred due to laches.

8. Plaintiff's claims for relief are barred by the doctrine of estoppel.

9. Plaintiff's claims are barred because Plaintiff lacks the statutory authority to seek the relief that Plaintiff's Prayer for Relief purports to seek, including at least the request for disgorgement.

WHEREFORE, Defendant Rhonda K. Eickhoff respectfully requests that his Court:

A. Enter judgment in her favor and against Plaintiff;

B. Award Eickhoff her attorneys' fees and all costs incurred herein;

C. Grant a jury trial on all issues so triable; and

D. For such other and further relief as this Court deems just and proper.

Respectfully submitted,

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By: */s/ Sara G. Neill*
Sara G. Neill, #53053 (MO)
Andrew W. Blackwell, #64734 (MO)
8182 Maryland Avenue, Fifteenth Floor
St. Louis, Missouri 63105
314-505-5418 (Phone)
314-505-5419 (Facsimile)
neill@capessokol.com
blackwell@capessokol.com

***Attorneys for Defendant Rhonda Eickhoff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by filing a copy of the same with the Court's electronic filing system this 11th day of July, 2022.

*/s/ Sara G. Neill*