IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:22-cv-04027-MDH |
| ) | |
| v. ) | |
| ) | |
| JOHN HUGO EICKHOFF, JR., ) | |
| RHONDA KAY EICKHOFF, ) | |
| HOFFMAN ASSOCIATES, LLC, ) | |
| ARIC ELLIOT SCHREINER, ) | |
| COLUMBIA CPA GROUP LLC, ) | |
| JOHN WILLIAM GRAY II, and ) | |
| DAMON THOMAS EISMA, individually ) | |
| and d/b/a DAMON T. EISMA ) | |
| Attorney at Law, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF INTEREST

Pursuant to Local Rule 7.1 and this Court's Order dated July 11, 2022 (ECF No. 43) Defendant, Hoffman Associates, LLC, by and through the undersigned counsel, hereby states that it is not publicly traded and the sole member of Hoffman Associates, LLC is Eickhoff Legacy LP.

Dated: July 25, 2022

Respectfully submitted,

HUSCH BLACKWELL LLP

By: */s/ Steven E. Holtshouser*
Christina B. Moore, #53917MO
Steven E. Holtshouser, #33531MO
190 Carondelet Plaza, Suite 200
St. Louis, Missouri 63105
(314) 480-1500  Office
(314) 480-1505 Facsimile
Christina.Moore@huschblackwell.com
Steve.Holtshouser@huschblackwell.com

***Attorneys for Defendants John Hugo Eickhoff, Jr. and Hoffman Associates, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by filing a copy of same with the Court's electronic filing system this 25th day of July, 2022.

/s/ Steven E. Holtshouser