IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:22-cv-04027-MDH |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN HUGO EICKHOFF, JR., | ) | |
| RHONDA KAYE EICKHOFF, | ) | |
| HOFFMAN ASSOCIATES, LLC, | ) | |
| ARIC ELLIOT SCHREINER, | ) | |
| COLUMBIA CPA GROUP LLC, | ) | |
| JOHN WILLIAM GRAY II, and | ) | |
| DAMON THOMAS EISMA, individually | ) | |
| and d/b/a DAMON T. EISMA | ) | |
| ATTORNEY AT LAW, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE OF UNITED STATES'
NOTICE OF SUBPOENAS FOR DOCUMENTS**

IT IS HEREBY CERTIFIED that on the 31st day of August 2022, the United States

served notice of non-party document subpoenas (including copies of each subpoena) for service

by the United States to Sandra Clingan, Jack Kasbergen, Glenn Kleeman, Roger Kleeman, David

Moore, Richard Rogers, Thomas Skattum, Thomas Steffl, Joyce Stocking, and Ronald Stocking

by electronic mail to counsel for Defendants, who consented to service by electronic mail:

Counsel for John Eickhoff, Jr. and Hoffman Associates, LLC:  Steven E. Holtshouser -
steve.holtshouser@huschblackwell.com

Counsel for John Eickhoff, Jr. and Hoffman Associates, LLC:  Christina Moore -
christina.moore@huschblackwell.com

Counsel for Rhonda Eickhoff:  Sara G. Neill - neill@capessokol.com

Counsel for Rhonda Eickhoff:  Andrew William Blackwell - blackwell@capessokol.com

Counsel for Aric Elliot Schreiner and Columbia CPA Group LLP:  Justin K. Gelfand - justin@margulisgelfand.com

Counsel for Damon Eisma:  Benjamin L. Tompkins – ben@kennyhertzperry.com

Counsel for John Gray II:  Jacqueline M. Whipple - jacqueline.whipple@dentons.com

Counsel for John Gray II:  Michelle Levin - michelle.levin@dentons.com

Counsel for John Gray II:  J.R. Davison - john.davidson@dentons.com


Dated: August 31, 2022

Respectfully submitted,

TERESA A. MOORE
United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Russell J. Edelstein*
RUSSELL J. EDELSTEIN
MA Bar No.: 663227
JUSTIN M. FONTAINE
Cal. Bar No.: 323357
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 7238 – Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2704 (Edelstein)
Tel: (202) 514-5085 (Fontaine)
Fax: (202) 514-6770
russell.j.edelstein@usdoj.gov
justin.m.fontaine@usdoj.gov
*Attorneys for Plaintiff United States*