IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:22-cv-04027-MDH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN HUGO EICKHOFF, JR., ) | |
| RHONDA KAYE EICKHOFF, ) | |
| HOFFMAN ASSOCIATES, LLC, ) | |
| ARIC ELLIOT SCHREINER, ) | |
| COLUMBIA CPA GROUP LLC, ) | |
| JOHN WILLIAM GRAY II, and ) | |
| DAMON THOMAS EISMA, individually ) | |
| and d/b/a DAMON T. EISMA ) | |
| ATTORNEY AT LAW, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR JUSTIN M. FONTAINE TO
WITHDRAW AS COUNSEL FOR UNITED STATES**

Pursuant to Local Rule 83.2, the United States respectfully requests that Justin Fontaine be withdrawn as counsel for the United States in the above-captioned case. Mr. Fontaine will be departing the U.S. Department of Justice effective December 30, 2022. The United States will continue to be represented in this case by Trial Attorney Russell Edelstein. Wherefore, good cause exists for the withdrawal of Justin Fontaine as counsel for the United States, and the United States respectfully requests that this motion be granted.

[SIGNATURE PAGE FOLLOWS]

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 21, 2022 | TERESA A. MOORE<br>United States Attorney<br><br>DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>*/s/ Justin M. Fontaine*<br>RUSSELL J. EDELSTEIN<br>MA Bar No.: 663227<br>JUSTIN M. FONTAINE<br>Cal. Bar No.: 323357<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 7238 – Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-2704 (Edelstein)<br>Tel: (202) 514-5085 (Fontaine)<br>Fax: (202) 514-6770<br>Russell.J.Edelstein@usdoj.gov<br>Justin.M.Fontaine@usdoj.gov<br>*Attorneys for Plaintiff United States* |