IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN HUGO EICKHOFF, JR., ) <br> RHONDA KAYE EICKHOFF, ) <br> HOFFMAN ASSOCIATES, LLC, ) <br> ARIC ELLIOT SCHREINER, ) <br> COLUMBIA CPA GROUP LLC, ) <br> JOHN WILLIAM GRAY II, and ) <br> DAMON THOMAS EISMA, individually ) <br> and d/b/a DAMON T. EISMA ) <br> ATTORNEY AT LAW, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:22-cv-04027-MDH |

**CERTIFICATE OF SERVICE OF UNITED STATES' NOTICE
OF SUBPOENAS FOR DOCUMENTS**

IT IS HEREBY CERTIFIED that on the 27th day of January 2023, the United States served the United States' notice of non-party document subpoenas (including copies of each subpoena) for service to Michael Thompson, Discovery Financial Services, JP Morgan Chase, Larry Cordray, Anne Firestone, Rodney Studyvan, Richard Gerhardt, and Jack Gerhardt by electronic mail to counsel for Defendants, who consented to service by electronic mail:

    Counsel for John Eickhoff, Jr. and Hoffman Associates, LLC: Steven E. Holtshouser - steve.holtshouser@huschblackwell.com

    Counsel for John Eickhoff, Jr. and Hoffman Associates, LLC: Kate Ledden - Kate.Ledden@huschblackwell.com

    Counsel for John Eickhoff, Jr. and Hoffman Associates, LLC: Christina Moore - christina.moore@huschblackwell.com

    Counsel for Rhonda Eickhoff: Sara G. Neill - neill@capessokol.com

Counsel for Rhonda Eickhoff: Andrew William Blackwell - blackwell@capessokol.com

Counsel for Aric Elliot Schreiner and Columbia CPA Group LLC: Justin K. Gelfand - justin@margulisgelfand.com

Counsel for Aric Elliot Schreiner and Columbia CPA Group LLC: Greg Bailey - greg@margulisgelfand.com

Counsel for Damon Eisma: Benjamin L. Tompkins - ben@kennyhertzperry.com

Counsel for John Gray II: Jacqueline M. Whipple - jacqueline.whipple@dentons.com

Counsel for John Gray II: Michelle Levin - michelle.levin@dentons.com

Counsel for John Gray II: J.R. Davison - john.davidson@dentons.com

Dated: January 27, 2023

Respectfully submitted,

TERESA A. MOORE
United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Russell J. Edelstein*
RUSSELL J. EDELSTEIN
MA Bar No.: 663227
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238 – Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2704 (Edelstein)
Fax: (202) 514-6770
russell.j.edelstein@usdoj.gov
*Attorneys for Plaintiff United States*