IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:22-cv-04027-MDH |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN HUGO EICKHOFF, JR., | ) | |
| RHONDA KAYE EICKHOFF, | ) | |
| HOFFMAN ASSOCIATES, LLC, | ) | |
| ARIC ELLIOT SCHREINER, | ) | |
| COLUMBIA CPA GROUP LLC, | ) | |
| JOHN WILLIAM GRAY II, and | ) | |
| DAMON THOMAS EISMA, individually | ) | |
| and d/b/a DAMON T. EISMA | ) | |
| ATTORNEY AT LAW, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF UNITED STATES' NOTICE
OF SUBPOENA FOR DOCUMENTS**

IT IS HEREBY CERTIFIED that on the 31st day of January 2023, the United States served the United States' notice of a revised non-party document subpoena (including copies of the subpoena) for service to Steven Sexton by electronic mail to counsel for Defendants, who consented to service by electronic mail:

Counsel for John Eickhoff, Jr. and Hoffman Associates, LLC: Steven E. Holtshouser - steve.holtshouser@huschblackwell.com

Counsel for John Eickhoff, Jr. and Hoffman Associates, LLC: Kate Ledden - Kate.Ledden@huschblackwell.com

Counsel for John Eickhoff, Jr. and Hoffman Associates, LLC: Christina Moore - christina.moore@huschblackwell.com

Counsel for Rhonda Eickhoff: Sara G. Neill - neill@capessokol.com

Counsel for Rhonda Eickhoff: Andrew William Blackwell - blackwell@capessokol.com

Counsel for Aric Elliot Schreiner and Columbia CPA Group LLC: Justin K. Gelfand - justin@margulisgelfand.com

Counsel for Aric Elliot Schreiner and Columbia CPA Group LLC: Greg Bailey - greg@margulisgelfand.com

Counsel for Damon Eisma: Benjamin L. Tompkins - ben@kennyhertzperry.com

Counsel for John Gray II: Jacqueline M. Whipple - jacqueline.whipple@dentons.com

Counsel for John Gray II: Michelle Levin - michelle.levin@dentons.com

Counsel for John Gray II: J.R. Davison - john.davidson@dentons.com

Dated: January 31, 2023

Respectfully submitted,

TERESA A. MOORE
United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Russell J. Edelstein*
RUSSELL J. EDELSTEIN
MA Bar No.: 663227
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238 – Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2704 (Edelstein)
Fax: (202) 514-6770
russell.j.edelstein@usdoj.gov
*Attorneys for Plaintiff United States*