IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) Case No. 2:22-cv-04027-MDH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN HUGO EICKHOFF, JR.,<br>RHONDA KAYE EICKHOFF,<br>HOFFMAN ASSOCIATES, LLC,<br>ARIC ELLIOT SCHREINER,<br>COLUMBIA CPA GROUP LLC,<br>JOHN WILLIAM GRAY II, and<br>DAMON THOMAS EISMA, individually<br>and d/b/a DAMON T. EISMA<br>ATTORNEY AT LAW, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DISCOVERY STATUS REPORT

As required by the Court's Scheduling and Trial Order for Bench Trial (Doc. No. 80), the United States, Aric Schreiner, and Columbia CPA Group, LLC jointly provide following status report[1]:

## By the United States

Since filing the prior Discovery Status Reports in this action (Doc. Nos. 91 and 111), the United States completed discovery and received responses to the Government's written discovery served prior to March 1, 2023, as follows:

---

[1] The Court entered injunctions and judgments resolving the United States' claims in this action against Defendants John Eickhoff, Jr., Hoffman Associates, LLC, Rhonda Eickhoff, Damon Eisma, and John Gray, II.

|   | Description | Date | Status |
|---|---|---|---|
|   | U.S. 3rd Requests for Production to Columbia CPA Group, LLC |   | Responses received on 3/30/23 to discovery served prior to 3/1/23. |
|   | U.S. 2nd Set of Interrogatories to Aric Schreiner |   | Responses received on 3/30/23 to discovery served prior to 3/1/23. |
|   | U.S. 1st Set of Interrogatories to Columbia CPA Group, LLC |   | Responses received on 3/30/23 to discovery served prior to 3/1/23. |
| 73 | U.S. 3rd Set of Interrogatories to John Eickhoff, Jr. | Served on 3/2/23 | Withdrawn following entry of injunction and judgment against John Eickhoff, Jr. |
| 74 | U.S. 2nd Set of Interrogatories to Rhonda Eickhoff | Served on 3/2/23 | Withdrawn following entry of injunction and judgment against Rhonda Eickhoff |
| 75 | U.S. 2nd Set of Interrogatories to Hoffman Associates, LLC | Served on 3/2/23 | Withdrawn following entry of injunction and judgment against Hoffman Associates, LLC |
| 76 | U.S. 2nd Set of Interrogatories to Columbia CPA Group, LLC | Served on 3/31/23 | Responses Received |
| 77 | Deposition of Alan Hook (non-party) | 4/27/23 | Completed. |
| 78 | Deposition of David Dukes (non-party) | 4/28/23 | Completed. |
| 79 | Deposition of Harvey Mundt (non-party) | 5/8/23 | Completed. |
| 80 | Deposition of Thomas Skattum (non-party) | 5/15/23 | Completed. |
| 81 | Rule 30(b)(6) Deposition of Willow Creek Wealth Management | 5/31/23 | Completed |

| 82 | Deposition of Neal Katz (non-party) | 5/31/23 | Completed |

Since the discovery status reports filed with the Court on December 1, 2022 and March 1, 2023 (*i.e.*, Doc. Nos. 91 and 111), the United States received additional document productions from Defendants in this action in response to the United States' document requests either noted above or in prior discovery status reports. The United States produced documents to Defendants Rhonda Eickhoff, Aric Schreiner, and Columbia CPA Group, LLC in response to their requests for production noted below. Depositions of the following non-party witnesses are scheduled: (a) Donald Furrer and Tim Gerhardt (June 2, 2023); (b) Richard Rodgers (June 7, 2023); (c) David Moore (June 8, 2023); and Paul Beere (June 20, 2023). The United States may serve discovery on additional non-parties and Defendants. The United States is coordinating with counsel for Defendants to reach agreed-upon dates for additional depositions. There are currently no discovery disputes among the parties.

## By Rhonda Eickhoff
(On May 23, 2023, the Court entered an injunction and judgment against Rhonda Eickhoff resolving the United States' claims against her in this action.)

| | **Description** | **Date** | **Status** |
|---|---|---|---|
| 1 | Rhonda Eickhoff's First Request for Production to the United States | Served on 2/21/2023 | Responses served. |
| 2 | Rhonda Eickhoff's First Set of Interrogatories to the United States | Served on 2/21/2023 | Responses served. |

**By Aric Schreiner and Columbia CPA Group**

|   | Description | Date | Status |
|---|---|---|---|
| 1 | Aric Schreiner's First Request for Production to the United States | Served on 3/28/2023 | Responses served. |
| 2 | Aric Schreiner's First Set of Interrogatories to the United States | Served on 3/28/2023 | Responses served. |

Dated: June 1, 2023

Respectfully submitted,

TERESA A. MOORE
United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Russell J. Edelstein*
RUSSELL J. EDELSTEIN
MA Bar No.: 663227
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238 – Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2704
Fax: (202) 514-6770
Russell.J.Edelstein@usdoj.gov
*Attorneys for Plaintiff United States*


MARGULIS GELFAND, LLC

*/s/ Gregory P. Bailey*
JUSTIN K. GELFAND, #62265MO
GREGORY P. BAILEY (MD Bar)
7700 Bonhomme Ave., Suite 750
St. Louis, MO 63105
Telephone: 314.390.0230
Facsimile: 314.485.2264
justin@margulisgelfand.com
*Attorneys for Defendants Aric Elliott Schreiner and Columbia CPA Group LLC*