IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:22-cv-04027-MDH |
| v. | ) |
| JOHN HUGO EICKHOFF, JR., et al. | ) |
| Defendants. | ) |

## DECLARATION OF JOHN EICKHOFF, JR.

I, John Eickhoff, Jr., declare pursuant to 28 U.S.C. § 1746, as follows:

1. I was a Defendant in the above-referenced action. I am over 18 years of age.

2. I have personal knowledge concerning the factual matters detailed in this Declaration, and can testify competently concerning the same.

3. I make this declaration in accordance with the requirements of the Court's Order Entering Stipulated Permanent Injunction and Judgment John Eickhoff, Jr. and Hoffman Associates, LLC (ECF No. 133) ("Order").

4. In accordance with the Order, I state that I have

   a. Identified to counsel for the United States in this action, in writing, any customer (including by name, and if known by me, last known address, telephone, and e-mail) known to me who participated in any trust established under/subject to 26 U.S.C. § 664 with the aid or assistance of any Defendant in this action;

   b. Identified to counsel for the United States in this action, in writing, all independent contractors, agents, and employees of Hoffman Associates, LLC known to me after reasonable inquiry since 2018;

1

c. Received and understand any Order and Judgment of Permanent Injunction entered by the Court against them in this action; and

d. Provided a copy of any Order and Judgment of Permanent Injunction entered by the Court against them to his current spouse.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of June, 2023.

By: *John Eickhoff Jr.*
JOHN EICKHOFF, JR.