IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA, | ) |
| :--- | :--- |
| Plaintiff, | ) ) ) |
|  | ) Case No. 2:22-cv-04027-MDH |
| v. | ) ) |
| JOHN HUGO EICKHOFF, JR., ET AL. | ) ) |
| Defendants. | ) |

## DECLARATION OF RHONDA KAYE EICKHOFF

I, Rhonda Kaye Eickhoff, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I was a Defendant in the above-reference action. I am over 18 years of age.

2. I have personal knowledge concerning the factual matters detailed in this Declaration, and can testify competently concerning the same.

3. I make this declaration in accordance with the requirements of the Court's Order Entering Stipulated Permanent Injunction and Judgment Against Rhonda Eickhoff (Doc. No. 135) ("Order").

4. In accordance with the Order, I state that I have:

    a. Identified to counsel for the United States in this action, in writing, any customer (including by name, and if known by me, last known address, telephone, and e-mail) known to me who participated in any trust established under/subject to 26 U.S.C. § 664 with the aid or assistance of any Defendant in this action;

    b. Identified to counsel for the United States in this action, in writing, all independent contractors, agents, and employees of Hoffman Associates, LLC known to me since 2018; and

c. Received and understand any Order and Judgment of Permanent Injunction entered by the Court against me in this action.

Executed on this 19th day of June, 2023.

By *Rhonda Kaye Eickhoff*
RHONDA KAYE EICKHOFF