IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:22-cv-04027-MDH |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN HUGO EICKHOFF, JR., | ) | |
| RHONDA KAYE EICKHOFF, | ) | |
| HOFFMAN ASSOCIATES, LLC, | ) | |
| ARIC ELLIOT SCHREINER, | ) | |
| COLUMBIA CPA GROUP LLC, | ) | |
| JOHN WILLIAM GRAY II, and | ) | |
| DAMON THOMAS EISMA, individually | ) | |
| and d/b/a DAMON T. EISMA | ) | |
| ATTORNEY AT LAW, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE OF UNITED STATES'
NOTICE OF DEPOSITION SUBPOENAS AND NOTICE
TO PARTY TO TESTIFY AT DEPOSITION**

IT IS HEREBY CERTIFIED that on the 5th day of July 2023, the United States served the UNITED STATES' NOTICE OF ISSUANCE OF THIRD-PARTY SUBPOENAS AND NOTICE TO PARTY TO TESTIFY AT DEPOSITIONS (including copies of each non-party subpoena) by electronic mail to counsel for Defendants, who consented to service by electronic mail:

    Counsel for Aric Elliot Schreiner and Columbia CPA Group LLC: Justin K. Gelfand - justin@margulisgelfand.com

    Counsel for Aric Elliot Schreiner and Columbia CPA Group LLC: Greg Bailey - greg@margulisgelfand.com

//

//

Dated: July 5, 2023

Respectfully submitted,

TERESA A. MOORE
United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Russell J. Edelstein*
RUSSELL J. EDELSTEIN
MA Bar No.: 663227
NATHAN D. BANEY
VA Bar No.: 75935
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 7238 – Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2704 (Edelstein)
Tel: (202) 307-6560 (Baney)
Fax: (202) 514-6770
russell.j.edelstein@usdoj.gov
nathan.baney@usdoj.gov
*Attorneys for Plaintiff United States*