IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:22-cv-04027-MDH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN HUGO EICKHOFF, JR., ) | |
| RHONDA KAYE EICKHOFF, ) | |
| HOFFMAN ASSOCIATES, LLC, ) | |
| ARIC ELLIOT SCHREINER, ) | |
| COLUMBIA CPA GROUP LLC, ) | |
| JOHN WILLIAM GRAY II, and ) | |
| DAMON THOMAS EISMA, individually ) | |
| and d/b/a DAMON T. EISMA ) | |
| ATTORNEY AT LAW, ) | |
| ) | |
| Defendants. ) | |

## DISCOVERY STATUS REPORT

As required by the Court's Scheduling and Trial Order for Bench Trial (Doc. No. 80), the United States, Aric Schreiner, and Columbia CPA Group, LLC jointly provide the following status report[1]:

### By the United States

Since filing the prior Discovery Status Reports in this action (Doc. Nos. 91, 111, and 136), the United States reports that it has taken a number of depositions and served a privilege log as identified below:

---

[1] The Court entered injunctions and judgments resolving the United States' claims in this action against Defendants John Eickhoff, Jr., Hoffman Associates, LLC, Rhonda Eickhoff, Damon Eisma, and John Gray, II.

|    | Description | Date | Status |
|----|-------------|------|--------|
| 83 | Deposition of Donald Furrer (non-party) | 6/2/23 | Completed |
| 84 | Deposition of Tim Gerhardt (non-party) | 6/2/23 | Completed |
| 85 | Deposition of Richard Rodgers (non-party) | 6/7/23 | Completed |
| 86 | Deposition of David Moore (non-party) | 6/8/23 | Completed |
| 87 | Deposition of Dick Gerhardt (non-party) | 6/14/23 | Completed |
| 88 | U.S. Privilege Log | 6/15/23 | Completed |

The United States further reports that it intends to take the following depositions in September and October 2023:

(a) John Gray II (September 14, 2023);

(b) Rhonda Eickhoff (September 20, 2023);

(c) Damon Eisma (September 25, 2023);

(d) John Eickhoff, Jr. (September 27, 2023);

(e) Hoffman Associates LLC (September 27, 2023); and

(f) Aric Schreiner (October 6, 2023).

The United States also may take discovery of additional non-parties and serve written discovery on Defendants.

The United States reports that there are currently no discovery disputes among the parties.

## By Aric Schreiner and Columbia CPA Group

Aric Schreiner and Columbia CPA Group have propounded discovery requests and received timely responses to interrogatories and requests for production from the United States. Schreiner and Columbia intend to notice and take depositions of IRS employees and other relevant fact witnesses in the coming months.

Schreiner and Columbia agree with the United States that there are currently no discovery disputes among the parties.

Dated: September 4, 2023.

Respectfully submitted,

TERESA A. MOORE
United States Attorney

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Russell J. Edelstein
RUSSELL J. EDELSTEIN
MA Bar No.: 663227
NATHAN D. BANEY
VA Bar No. 75935
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 7238 – Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2704 (Edelstein)
Tel: (202) 307-6560 (Baney)
Fax: (202) 514-6770
Russell.J.Edelstein@usdoj.gov
Nathan.Baney@usdoj.gov
*Attorneys for Plaintiff United States*

Dated: September 1, 2023.  MARGULIS GELFAND, LLC

*/s/ Gregory P. Bailey*
JUSTIN K. GELFAND, #62265MO
GREGORY P. BAILEY (MD Bar)
7700 Bonhomme Ave., Suite 750
St. Louis, MO 63105
Telephone: 314.390.0230
Facsimile: 314.485.2264
justin@margulisgelfand.com
greg@margulisgelfand.com
*Attorneys for Defendants Aric Elliot Schreiner and Columbia CPA Group LLC*