IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:22-cv-04027-MDH |
| v. | ) |
| JOHN HUGO EICKHOFF, JR., et al. | ) |
| Defendants. | ) |

## NOTICE OF FILING DECLARATION OF JOHN WILLIAM GRAY, II

In accordance with the requirements of the Court's May 17, 2023 Order Entering Stipulated Permanent Injunction and Judgment Against John William Gray, II (ECF No. 117) ("Order"), Defendant, John William Gray, II submits the attached Declaration of John William Gray, II. This Declaration complies with the requirements set forth on page 4 of the Order.

Respectfully submitted,

By: /s/ Jacqueline M. Whipple
JACQUELINE M. WHIPPLE MO Bar # 64111
***COUNSEL FOR DEFENDANT JOHN WILLIAM GRAY II***

Dentons US LLP
4250 Main Street, Suite 1100
Kansas City, MO 64111-7700
Telephone: (816) 460-2432
Facsimile: (816) 531 7545

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served by filing a copy of same with the Court's electronic filing system this 15th day of September, 2023.

                                                           /s/Jacqueline M. Whipple