# EXHIBIT A

# DECLARATION OF JOHN WILLIAM GRAY II

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN HUGO EICKHOFF, JR., et al., <br><br> Defendants. | Case No. 2:22-cv-04027-MDH |

## DECLARATION OF JOHN WILLIAM GRAY II

I, John William Gray II, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I was a Defendant in the above-referenced action. I am over 18 years of age.

2. I have personal knowledge concerning the factual matters detailed in this Declaration, and can testify competently concerning the same.

3. I make this declaration in accordance with the requirements of the Court's Order Entering Stipulated Permanent Injunction and Judgment Against John William Gray II ("Order"). [Doc. 117 (date March 24, 2023).]

4. In accordance with the Order, I state that I have

    a. Identified to counsel for the United States in this action, in writing through my discovery responses, any customer (including by name, and if known by me last known address, telephone, and e-mail) known to me who participated in any trust established under/subject to 26 U.S.C. § 664 with the aid or assistance of any Defendant in this action;

    b. Received and understand the Court's March 24, 2023 Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2023

_____
John William Gray, II

2