**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JOHN HUGO EICKHOFF, JR.,** | ) | |
| **RHONDA KAYE EICKHOFF,** | ) | |
| **HOFFMAN ASSOCIATES, LLC,** | ) | |
| **ARIC ELLIOT SCHREINER,** | ) | **2:22-CV-4027-MDH** |
| **COLUMBIA CPA GROUP LLC,** | ) | |
| **JOHN WILLIAM GRAY II, and** | ) | |
| **DAMON THOMAS EISMA, individually** | ) | |
| **And d/b/a DAMON T. EISMA** | ) | |
| **ATTORNEY AT LAW** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS ARIC ELLIOT SCHREINER AND COLUMBIA CPA GROUP LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants Aric Elliot Schreiner ("Schreiner") and Columbia CPA Group LLC ("Columbia"), by and through their counsel, respectfully request an additional 14 days, until February 12, 2024, to respond to Plaintiff's Motion for Partial Summary Judgment. In support of this motion, Defendants state:

1. On January 8, 2024, the Plaintiff filed a motion for partial summary judgment against Schreiner and Columbia. (Doc. 155).

2. Any response in opposition from Schreiner and Columbia is currently due to be filed on January 29, 2024. (Doc. 155).

3. Schreiner and Columbia, through undersigned counsel, have been diligently preparing a response in opposition during the intervening time frame. However, it now appears that settlement

of this matter is possible between the Government and Defendants. This additional time is requested to explore, in earnest, that possibility.

4.   This is Schreiner and Columbia's first requested extension.

5.   The Plaintiff consents to this 14-day extension to respond. No modification of the Scheduling Order (Doc. 80) is requested as part of this extension.

Wherefore, Schreiner and Columbia request that this motion be granted, extending the due date to February 12, 2024 for Schreiner and Columbia to respond to Plaintiff's Motion for Partial Summary Judgment.

Respectfully submitted,

*/s/ Gregory P. Bailey*
GREGORY P. BAILEY
JUSTIN K. GELFAND, #62265MO
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0230
Facsimile: 314.485.2264
greg@margulisgelfand.com
justin@margulisgelfand.com
ATTORNEY FOR DEFENDANTS
SCHREINER AND COLUMBIA

**Certificate of Service**

I hereby certify that I filed the foregoing through the Court's CM/ECF system which will

provide notice of filing to all counsel of record.

/s/ Gregory P. Bailey
GREGORY P. BAILEY
JUSTIN K. GELFAND, #62265MO
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0230
Facsimile: 314.485.2264
greg@margulisgelfand.com
justin@margulisgelfand.com
ATTORNEY FOR DEFENDANTS
SCHREINER AND COLUMBIA

3