# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN HUGO EICKHOFF, JR., | ) | |
| RHONDA KAYE EICKHOFF, | ) | |
| HOFFMAN ASSOCIATES, LLC, | ) | |
| ARIC ELLIOT SCHREINER, | ) | 2:22-CV-4027-MDH |
| COLUMBIA CPA GROUP LLC, | ) | |
| JOHN WILLIAM GRAY II, and | ) | |
| DAMON THOMAS EISMA, individually | ) | |
| And d/b/a DAMON T. EISMA | ) | |
| ATTORNEY AT LAW | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS ARIC ELLIOT SCHREINER AND COLUMBIA CPA GROUP LLC'S UNOPPOSED MOTION TO STAY THE DEADLINE FOR RESPONDING TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants Aric Elliot Schreiner ("Schreiner") and Columbia CPA Group LLC ("Columbia"), by and through their counsel, respectfully move this Court to stay the currently pending deadline for filing a response to Plaintiff's Motion for Partial Summary Judgment. The Government does not oppose this motion. In further support of this motion, Defendants state:

1. On January 8, 2024, the Plaintiff filed a motion for partial summary judgment against Schreiner and Columbia. (Doc. 155).

2. Any response in opposition from Schreiner and Columbia is currently due to be filed on March 4, 2024. (Doc. 166).

3. In the interest of judicial economy, and based on the advanced state of settlement negotiations, a stay of the pending deadline is requested. In agreement with the Government,

Defendants seek a stay that would be in effect until either (1) the Court approves a jointly proposed consent injunction and judgment or (2) the parties notify the Court that settlement negotiations have stalled and no settlement could be reached, in which case the parties would agree to ask the Court to set the new deadline for submitting a response to the motion as one week after such notice is filed.

Wherefore, Schreiner and Columbia request that this motion be granted, staying the due date for Schreiner and Columbia to respond to Plaintiff's Motion for Partial Summary Judgment.

Respectfully submitted,

*/s/ Gregory P. Bailey*
GREGORY P. BAILEY
JUSTIN K. GELFAND, #62265MO
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0230
Facsimile: 314.485.2264
greg@margulisgelfand.com
justin@margulisgelfand.com
ATTORNEY FOR DEFENDANTS
SCHREINER AND COLUMBIA

2

## Certificate of Service

I hereby certify that I filed the foregoing through the Court's CM/ECF system which will provide notice of filing to all counsel of record.

*/s/ Gregory P. Bailey*
GREGORY P. BAILEY
JUSTIN K. GELFAND, #62265MO
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0230
Facsimile: 314.485.2264
greg@margulisgelfand.com
justin@margulisgelfand.com
ATTORNEY FOR DEFENDANTS
SCHREINER AND COLUMBIA

3